## WALTON v. GARRETT.

(Circuit Court of Appeals, Fifth Circuit. December 17, 1921.)

No. 3725.

Bankruptcy ⟨key⟩136(2)—Order committing bankrupt for contempt held sustained by evidence.

An order finding a bankrupt guilty of contempt in failing to obey an order of the referee to turn over certain property to his trustee *held* sustained by the evidence.

Petition to Superintend and Revise from the District Court of the United States for the Northern District of Mississippi; Edwin R. Holmes, Judge.

In the matter of C. G. Walton, bankrupt; J. T. Garrett, trustee. On petition by bankrupt to revise order of District Court. Denied.

J. W. P. Boggan, of Tupelo, Miss., for petitioner.

J. R. Anderson, J. M. Thomas, and J. Q. Robins, all of Tupelo, Miss., for respondent.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. By petition to superintend and revise, the petitioner, a bankrupt, complains of an order of the District Court ratifying and confirming the action of the referee in finding petitioner guilty of a contempt of court in failing to obey an order of the referee requiring the petitioner to turn over to his trustee in bankruptcy United States Liberty Bonds of the face value of $4,500, and adjudging that petitioner be committed to jail for such contempt.

The court's order is complained of on the ground that there was an absence of evidence to support its finding that at the time the referee's order was made, and at the time it was served on the petitioner, the bonds mentioned (which were found to be assets of the bankrupt's estate) were in his possession or under his control, and that he was able to turn the same over to his trustee. We are of opinion that the ground relied on is untenable, that evidence adduced, as disclosed by the record, was such as warranted the finding made by the court, and that the record does not show that the court erred in making the order complained of.

The petition is denied.